UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2012 JUL 10 PM 4:49
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. _____ |
| | § | |
| Plaintiff, | § | **A12CR 270 SS** |
| | § | INFORMATION |
| v. | § | |
| | § | |
| SWE ENTERPRISES, INC., | § | [Vio: 21 U.S.C. §§ 331(d) & 333(a)(2) – |
| d/b/a ROCKHARD FORMULATIONS, | § | Introduction and Delivery of Unapproved |
| | § | New Drugs into Interstate Commerce |
| Defendant. | § | (Enhanced)] |
| | § | |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
Introduction and Delivery of Unapproved New Drugs and Misbranded Drugs
into Interstate Commerce (with Intent to Defraud & Mislead)
[21 U.S.C. §§ 331(a), 331(d) & 333(a)(2)]

From in or about July 2009, and continuing until on or about May 2010, in the Western District of Texas and elsewhere, the Defendant,

SWE ENTERPRISES, INC.,
d/b/a ROCKHARD FORMULATIONS

with the intent to defraud and mislead, did introduce, and deliver for introduction, into interstate commerce one or more articles in violation of Title 21, United States Code, Section 321(p), which had not been approved by the Food and Drug Administration as required by Title 21, United States Code, Section 355, and one or more drugs that were misbranded, namely, the products known as "ME-36hr," "Boulder Meth," "Halocore," "Equitren," "Granite X," "Methyl freak," "Razorbolic,"

"Monster-Drol," "Super-Tren Extreme," and "LeanEFX."

In violation of Title 21, United States Code, Sections 331(a), 331(d), and 333(a)(2).

<div style="margin-left: 40%;">
ROBERT PITMAN<br>
United States Attorney

By: _____<br>
MATTHEW B. DEVLIN<br>
Assistant United States Attorney<br>
816 Congress Avenue, Suite 1000<br>
Austin, Texas 78701<br>
(512) 916-5858<br>
Fax (512) 916-5854<br>
State Bar No. 00795012
</div>